ROSE BRODSKY AND MOE BRODSKY, PLAINTIFFS-APPELLANTS, v. MOTORISTS CASUALTY INSURANCE COMPANY, A BODY CORPORATE, DEFENDANT-RESPONDENT.

Submitted February 11, 1938—Decided May 11, 1938.

For the appellants, *Kraemer, Siegler & Siegler* (*Irving Siegler,* of counsel).

For the respondent, *Harry Green.*

PER CURIAM.

The opinion of this court in *Kindervater* v. *Motorists Casualty Insurance Co.,* decided at the current term, 120 *N. J. L.* 373, leads to an affirmance of the judgment under review; and it is accordingly affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.